# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   4:13CR00053 BSM

LISA RENEE THOMPSON

## ORDER

For the reasons stated at the conclusion of the October 9, 2013 hearing, the Government's Second Motion to Modify Conditions of Release (docket entry #24) is DENIED. However, Defendant is reminded that she must: (1) continue with outpatient mental health counseling and drug treatment; (2) not possess any firearms; and (3) not test positive for drugs, including opiates.

IT IS SO ORDERED this 9th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE