IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      CASE NO. 4:13CR00053 BSM

LISA RENEE THOMPSON                                               DEFENDANT

## ORDER

Defendant Lisa Thompson's motion in limine [Doc. No. 31] is denied because a determination as to the relevance of the government's proposed testimony cannot be determined without hearing the statements in context, along with the other trial testimony.

IT IS SO ORDERED this 5th day of November 2013.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE