IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          CASE NO. 4:13CR00053 BSM

LISA RENEE THOMPSON                                               DEFENDANT

## VERDICT

Defendant Lisa Thompson is found guilty of count one of the February 19, 2013, information. [Doc. No. 1].

IT IS SO ORDERED this 7th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE